UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
BEATRICE SHIRLEY WILLIAMS STEELE,

            Plaintiff,

            -against-

EQUIFAX, et al.,

            Defendants.

-------------------------------------------------------------x

21-CV-5997 (AJN) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Trans Union's request (ECF 26) to appear telephonically at the **November 3, 2021** Initial Pretrial Conference. By **November 1, 2021**, Trans Union is directed to meet and confer with *pro se* Plaintiff and co-defendants Equifax and Experian and file a joint letter regarding whether the parties agree to convert the Initial Pretrial Conference from an in-person conference to a telephonic conference. Trans Union is directed to serve a copy of this Order and ECF 26 on *pro se* Plaintiff today, **October 29, 2021**.

      **SO ORDERED.**

Dated: October 29, 2021
      New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge