**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
BEATRICE SHIRLEY WILLIAMS STEELE,               :
                                                :
                    Plaintiff,                  :         21-CV-5997 (AJN) (OTW)
                                                :
                    -against-                   :         ORDER
                                                :
EQUIFAX, et al.,                                :
                                                :
                    Defendants.                 :
                                                :
                                                :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 29. The November 3, 2021 Initial Pretrial Conference will be held **telephonically**. The dial in information is (866) 390-1828, access code 1582687.

Defendant Trans Union is directed to promptly email a copy of this Order to the *pro se* Plaintiff. The Clerk of Court is directed to close ECF 26 and 29.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: November 1, 2021              **Ona T. Wang**
       New York, New York            United States Magistrate Judge