USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Williams Steele,<br><br>                     Plaintiff,<br><br>          –v–<br><br>Equifax et al.,<br><br>                     Defendants. | 21-cv-5997 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

    The order at docket number 40 was issued in error and is hereby withdrawn.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1