**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BEATRICE SHIRLEY WILLIAMS STEELE,      :
                                       :
              Plaintiff,              :          21-CV-5997 (AJN) (OTW)
                                       :
             -against-              :          **ORDER**
                                       :
EQUIFAX, et al.,                       :
                                       :
             Defendants.             :
                                       :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court will hold a telephonic Settlement Conference on **March 31, 2022 at 3:00 p.m.** with Plaintiff and Defendants Trans Union and Experian. The dial in information is (866) 390-1828, access code 1582687. The parties are **not** required to submit the settlement conference summary forms or letters specified in Section V of my Individual Practices. Defendants shall serve a copy of this Order on the *pro se* Plaintiff and file proof of service by **February 24, 2022**.

      SO ORDERED.

Dated: February 22, 2022                    *s/ Ona T. Wang*
       New York, New York                **Ona T. Wang**
                                           United States Magistrate Judge